```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 15-01369-JJT
Brian McCarthy                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: karendavi       Page 1 of 1         Date Rcvd: May 10, 2017
                       Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.
4637669        +HSBC c/o PHH Mortgage Corp.,    Mailstop: SV-01,    Mortgage Service Center,    One Mortgage Way,
               Mt. Laurel, NJ 08054-4637

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2017 at the address(es) listed below:
        Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
        James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
        James   Warmbrodt    on behalf of Creditor    HSBC Bank USA, N.A. bkgroup@kmllawgroup.com
        Morris Anthony Scott    on behalf of Creditor    HSBC Bank USA, N.A. mscott@udren.com,
         vbarber@udren.com
        Nicole Bernadette LaBletta    on behalf of Creditor    HSBC Bank USA, N.A. nlabletta@udren.com,
         vbarber@udren.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        Vern S. Lazaroff    on behalf of Debtor Brian   McCarthy pabankruptcy@vernlazaroff.com,
         r39899@notify.bestcase.com
                                                                                            TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-01369-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Brian McCarthy
4347 Conashaugh Lakes
Milford PA 18337

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/09/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: HSBC c/o PHH Mortgage Corp., Mailstop: SV-01, Mortgage Service Center, One Mortgage Way, Mt. Laurel, NJ 08054 | NATIONSTAR MORTGAGE LLC<br>P.O. Box 619094<br>Dallas, TX, 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/12/17

Terrence S. Miller
**CLERK OF THE COURT**