Check No. 1209368

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 13-06176-HWV | 999-0 | MAURICE DIETRICH JONES, SR.<br>Original Check written to:<br>MAURICE DIETRICH JONES, SR. and KARREN DENESE JONES<br>3465 CHABLIS WAY<br>YORK, PA 17404 | | 0.00 | 4.75 | 0.00 | 4.75 |
| 14-01857-RNO | 001-0 | ROMULO R. VEGAS<br>Original Check written to:<br>SMITHFIELD SEWER AUTHORITY<br><br>1155 RED FOX ROAD<br>E STROUDSBURG, PA 18301- | 6997 | 7,949.05 | 157.74 | 0.00 | 157.74 |
| 14-04890-RNO | 007-0 | WILLIAM J. CORCORAN, JR.<br>Original Check written to:<br>REBECCA L TRELA, ESQUIRE<br>TWO COMMERCE SQUARE<br>2001 MARKET ST STE 3100<br>PHILADELPHIA, PA 19103- | 9841 | 15,302.84 | 384.47 | 0.00 | 384.47 |
| 14-05454-HWV | 014-0 | JAMES G. TAVENNER<br>Original Check written to:<br>BANK OF AMERICA<br>P.O. BOX 15102<br>WILMINGTON, DE 19886- | 0063 | 0.00 | 4,706.30 | 0.00 | 4,706.30 |
| 15-00195-HWV | 007-0 | TIMOTHY LEE DUFF<br>Original Check written to:<br>US DEPT OF EDUCATION<br>PO BOX 530229<br>ATLANTA, GA 30353-0229 | 8314 | 12,644.95 | 346.75 | 0.00 | 346.75 |
| 15-01369-RNO | 999-0 | BRIAN MCCARTHY<br>Original Check written to:<br>BRIAN MCCARTHY<br>4347 CONASHAUGH LAKES<br>MILFORD, PA 18337 | | 0.00 | 10.00 | 0.00 | 10.00 |